UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMGEN POWER SYSTEMS LLC, | CASE NO. C12-1762 MJP |
| Plaintiff, | ORDER STRIKING DEFENDANT'S DISPOSITIVE MOTIONS |
| v. | |
| AGILIS ENGINEERING INC, | |
| Defendant. | |

On May 9, 2014, Defendant filed a Motion for Summary Judgment (Dkt. No. 47) and a Motion for Sanctions (Dkt. No. 48). Both pleadings are dispositive motions: the Motion for Summary Judgment requests "summary judgment in favor of the entire Amended Complaint" (Dkt. No. 47, p. 2); the Motion for Sanctions "requests that the Court strike Ramgen's pleadings and enter judgment in favor of Agilis and against Ramgen." (Dkt. No. 48, p. 1.)

The Local Rules of this district prohibit the filing of contemporaneous dispositive motions absent permission of the Court:

Absent leave of the court, parties must not file contemporaneous dispositive motions, each one directed toward a discrete claim or issue.

LCR 7(e).

The Court finds that each of these motions is directed toward a discrete claim or issue. Defendant did not seek leave of the Court prior to filing these motions. Therefore,

IT IS ORDERED that Defendant's Motion for Summary Judgment (Dkt. No. 47) and Motion for Sanctions (Dkt. No. 48) are STRICKEN.

IT IS FURTHER ORDERED that Defendant has until **May 30, 2014** to file a single dispositive motion. The dispositive motion deadline in this matter is extended to that date for this purpose only.

The Court expects that Plaintiff will respond to the unified dispositive motion within the page limit set by the Local Rules; Plaintiff is, of course, free to move for permission to file an overlength brief if it feels that circumstances so warrant.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 23rd day of May, 2014.

Marsha J. Pechman
United States District Judge