UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMGEN POWER SYSTEMS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>AGILIS ENGINEERING INC,<br><br>    Defendant. | CASE NO. C12-1762 MJP<br><br>ORDER DENYING MOTION TO FILE OVER-LENGTH BRIEF |

This matter is before the Court on Plaintiff's motion to file an over-length brief. (Dkt. No. 56.) This motion was filed in response to two motions submitted by Defendant, a motion for summary judgment and a motion for sanctions. (Dkt. Nos. 47 and 48.) The Court struck both motions, with leave to file a single dispositive motion by May 30, 2014. (Dkt. No. 58.) In light of that Order and the fact that Defendant has not yet filed a new dispositive motion, the motion to file an over-length brief is premature and is DENIED without prejudice.

The clerk is ordered to provide copies of this order to all counsel.

ORDER DENYING MOTION TO FILE OVER-LENGTH BRIEF- 1

1     Dated this 28th day of May, 2014.

 

*[signature]*

Marsha J. Pechman
Chief United States District Judge

ORDER DENYING MOTION TO FILE OVER-
LENGTH BRIEF- 2