**THE HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMGEN POWER SYSTEMS, LLC, a Washington limited liability company,<br><br>                    Plaintiff,<br><br>     v.<br><br>AGILIS ENGINEERING, INC., a Florida corporation,<br><br>                    Defendant. | NO. 2:12-cv-01762-MJP<br><br>**AMENDED JUDGMENT IN A CIVIL CASE** |

This matter was tried to Court without a jury beginning on September 15, 2014 and ending on October 2, 2014, before the Honorable Marsha J. Pechman, United States District Judge. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT

Judgment is hereby entered in favor of Ramgen Power Systems, LLC and against Agilis Engineering, Inc. as follows:

AMENDED JUDGMENT IN A CIVIL CASE - 1
CASE NO. 2:12-cv-01762-MJP

**KELLEY, GOLDFARB, HUCK & ROTH, PLLC**
700 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 452-0260
FAX: (206) 397-3062

| | |
|---|---|
| **Judgment Creditor:** | Ramgen Power Systems, LLC |
| **Judgment Debtor:** | Agilis Engineering, Inc. |
| **Attorneys for Judgment Creditor:** | Michael A. Goldfarb |
| | Christopher M. Huck |
| | Kit W. Roth |
| | Kelley, Goldfarb, Huck & Roth, PLLC |
| | 700 Fifth Avenue, Suite 6100 |
| | Seattle, Washington 98104 |
| **Principal Judgment Amount:** | $6,901,121.00 |
| **Prejudgment Interest** (at $2,268.86 per day from the filing of the complaint on October 9, 2012 through the date of entry of this Judgment)**:** | $1,706,182.72 |
| **Attorneys' Fees:** | $1,088,880.00 |
| **Costs:** | $62,381.34 |
| **Total Judgment Amount:** | **$9,758,565.06** |

Post-judgment interest shall accrue at the rate provided by 28 U.S.C. § 1961 from the date of entry of this Judgment until the Judgment is paid in full.

This Court shall retain jurisdiction over Agilis Engineering, Inc. for purposes of enforcing this Judgment.

ENTERED this ___ day of December, 2014

_____
Marsha J. Pechman
United States District Judge

AMENDED JUDGMENT IN A CIVIL CASE - 2
CASE NO. 2:12-cv-01762-MJP

KELLEY, GOLDFARB,
HUCK & ROTH, PLLC
700 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 452-0260
FAX: (206) 397-3062

1  Presented by:

2  **KELLEY, GOLDFARB, HUCK & ROTH, PLLC**

3  *s/ Michael A. Goldfarb*
   Michael A. Goldfarb,   WSBA No. 13492
4  *s/ Christopher M. Huck*
   Christopher M. Huck,  WSBA No. 34104
5  *s/ Kit W. Roth*
   Kit W. Roth,              WSBA No. 33059
6  *s/ R. Omar Riojas*
   R. Omar Riojas,         WSBA No. 34500
7  700 Fifth Avenue, Suite 6100
   Seattle, WA 98104
8  Telephone:     (206) 452-0260
   Facsimile:       (206) 397-3062
9  E-mail: goldfarb@kdg-law.com
             huck@kdg-law.com
10           roth@kdg-law.com
             riojas@kelleygoldfarb.com
11

12 Attorneys for Plaintiff Ramgen Power Systems, LLC

13

14

15

16

17

18

19

20

21

22

23

24
AMENDED JUDGMENT IN A CIVIL CASE - 3
CASE NO. 2:12-cv-01762-MJP

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on November 20, 2014 and was served via the Court's CM/ECF system on all counsel of record.

*/s/ Michael A. Goldfarb*
Michael A. Goldfarb, WSBA No. 13492

AMENDED JUDGMENT IN A CIVIL CASE - 4
CASE NO. 2:12-cv-01762-MJP

**KELLEY, GOLDFARB,
HUCK & ROTH, PLLC**
700 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 452-0260
FAX: (206) 397-3062