# EXHIBIT A

**Kelley Goldfarb Gill Huck & Roth, PLLC**
700 Fifth Avenue
Suite 6100
Seattle, WA 98104



**Ramgen Power Systems, LLC**
11808 Northup Way
Suite W190
Bellevue, WA 98005

| Invoice Date | Invoice Number |
|---|---|
| 10/16/2012 | 20480 |
| **Terms** | **Service Through** |
|  | 09/30/2012 |

| In Reference To: adv. Agilis (Service) | | | | | |
|---|---|---|---|---|---|
| Date | By | Services | Hours | Rates | Amount |
| 06/15/2012 | MAG | Email re receipt of Client documents, preliminary review of same. | 0.40 | $400.00/hr | $160.00 |
| 06/18/2012 | MAG | Preliminary review contract and amendments from D. Jewett and conference with B. Ritchie regarding     REDACTED     , extensive email exchange with D. Jewett. | 1.40 | $400.00/hr | $560.00 |
| 06/18/2012 | BJR | Conference with M. Goldfarb re:   REDACTED   , preliminary review contract documents; legal research   REDACTED   ; draft memorandum to MAG. | 1.20 | $200.00/hr | $240.00 |
| 06/20/2012 | MAG | Review email from D. Jewett attaching Saretto email. | 0.10 | $400.00/hr | $40.00 |
| 06/21/2012 | MAG | Multiple (8) emails regarding client documents (both privileged and non-privileged). | 0.10 | $400.00/hr | $40.00 |
| 06/21/2012 | MAG | Telephone call with D. Jewett re: status of internal investigation, review email re: same, prepare to attend meeting with Ramgen staff. | 0.60 | $400.00/hr | $240.00 |
| 06/22/2012 | MAG | Email re Agilis Carbon Canyon SA. | 0.10 | $400.00/hr | $40.00 |
| 06/22/2012 | MAG | Prepare and attend meeting at Ramgen office to review background facts, conference Mr. Ritchie re: same, begin work on demand package. | 2.50 | $400.00/hr | $1,000.00 |
| 06/22/2012 | BJR | Attend meeting with clients; conference with M. Goldfarb, preparation of first draft demand letter. | 3.40 | $200.00/hr | $680.00 |
| 06/25/2012 | MAG | Multiple (6) emails regarding privileged documents and draft demand letter. | 0.10 | $400.00/hr | $40.00 |
| 06/25/2012 | MAG | Review additional email from D. Jewett, conference Mr. Richie re: status of draft demand letter and review same, conference Mr. Huck re: status, review and revise first draft demand letter, telephone call and email enclosing same to D. Jewett for discussion regarding content of letter, and scope of the claims. | 1.50 | $400.00/hr | $600.00 |

**Kelley Goldfarb Gill Huck & Roth, PLLC**
700 Fifth Avenue
Suite 6100
Seattle, WA 98104



**Ramgen Power Systems, LLC**
11808 Northup Way
Suite W190
Bellevue, WA 98005

| Invoice Date | Invoice Number |
|---|---|
| 10/16/2012 | 20480 |
| Terms | Service Through |
|  | 09/30/2012 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/25/2012 | BJR | Conference M. Goldfarb, continue preparation of draft demand letter to Agilis | 0.70 | $200.00/hr | $140.00 |
| 06/26/2012 | MAG | Draft retention letter, meet with A. Buck concerning file organization and document control, email D. Jewett, review additional documents from same. | 1.20 | $400.00/hr | $480.00 |
| 06/27/2012 | MAG | Various email and edits to final engagement letter. | 0.20 | $400.00/hr | $80.00 |
| 06/28/2012 | MAG | Email re: status of draft demand letter and need for additional meeting, email re: engagement letter. | 0.30 | $400.00/hr | $120.00 |
| 06/30/2012 | MAG | Review draft demand letter and prepare for Monday meeting with Ramgen, REDACTED . | 0.40 | $400.00/hr | $160.00 |
| 07/02/2012 | BJR | Prepare and attend client meeting; prepare revisions to demand letter; research on potential implications of Uniform Commercial Code; conference M. Goldfarb re: all issues, review various email. | 3.60 | $200.00/hr | $720.00 |
| 07/02/2012 | MAG | Prepare for and meet with clients to finalize demand letter, conference B. Ritchie re: edits to draft letter, consider UCC issues, separate notice of breach and attachments to letter, various email. | 3.40 | $400.00/hr | $1,360.00 |
| 07/03/2012 | MAG | Review email with comments on draft demand letter, conference with Mr. Ritchie re: finalizing letter, REDACTED , telephone conference D. Jewett, and authorize delivery of demand package. | 0.90 | $400.00/hr | $360.00 |
| 07/03/2012 | BJR | Conference M. Goldfarb, finalize notice of demand and notice of breach. | 2.00 | $200.00/hr | $400.00 |
| 07/04/2012 | MAG | Email exchange with D. Jewett re: REDACTED . | 0.30 | $400.00/hr | $120.00 |
| 07/06/2012 | MAG | Email to client re proof of delivery of demand package by fed ex. | 0.10 | $400.00/hr | $40.00 |
| 07/09/2012 | MAG | Telephone call with Dean Rosenbach re: response to letter coming Wednesday, email client re: same. | 0.50 | $400.00/hr | $200.00 |
| 07/11/2012 | MAG | Review Lawlor and Caudill email, email exchange with client re: strategy and re: setting up a call to discuss same. | 0.40 | $400.00/hr | $160.00 |

**Kelley Goldfarb Gill Huck & Roth, PLLC**
700 Fifth Avenue
Suite 6100
Seattle, WA 98104



**Ramgen Power Systems, LLC**
11808 Northup Way
Suite W190
Bellevue, WA 98005

| Invoice Date | Invoice Number |
|---|---|
| 10/16/2012 | 20480 |
| **Terms** | **Service Through** |
|  | 09/30/2012 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/12/2012 | MAG | Message for opposing counsel, phone call with opposing counsel, conference Mr. Ritchie various issues, email to Mr. Jewett, extensive call with same, prepare for board level call scheduled for Friday and circulate dial in number. | 1.50 | $400.00/hr | $600.00 |
| 07/13/2012 | MAG | Prepare detailed comments for board level presentation as to status and strategy going forward, participate in board call. | 2.00 | $400.00/hr | $800.00 |
| 07/16/2012 | MAG | Telephone conference with Agilis attorney, email to D. Jewett, draft email to opposing counsel REDACTED and forward draft to D. Jewett for review and comment. | 1.00 | $400.00/hr | $400.00 |
| 07/17/2012 | MAG | Telephone conference with D. Jewett, email with same, conference B. Ritchie, finalize and send email to opposing counsel. | 0.60 | $400.00/hr | $240.00 |
| 07/19/2012 | MAG | Emails with opposing counsel and with client re: status of settlement and re: status/location of parts sent to Agilis. | 0.40 | $400.00/hr | $160.00 |
| 07/23/2012 | MAG | Review letter from opposing counsel, email and phone call with D. Jewett, conference Mr. Ritchie and email same. | 0.60 | $400.00/hr | $240.00 |
| 07/24/2012 | MAG | Telephone call with D. Jewett and D. Taylor to review facts concerning REDACTED, review email and conference B. Ritchie re: same. | 0.60 | $400.00/hr | $240.00 |
| 07/24/2012 | BJR | Conference M. Goldfarb, review varous email and documents, prepare first draft complaint. | 1.40 | $200.00/hr | $280.00 |
| 07/27/2012 | MAG | Call with opposing counsel, email D. Jewett. | 0.30 | $400.00/hr | $120.00 |
| 08/01/2012 | MAG | Prepare and telephone conference D, Jewett re status and re: REDACTED, review and send draft Complaint to D. Jewett. | 0.40 | $400.00/hr | $160.00 |
| 08/27/2012 | MAG | Review settlement offer from Agilis and email from D. Jewett, respond to same. | 0.30 | $400.00/hr | $120.00 |
| 09/09/2012 | MAG | Email exchange with D. Jewett re: status. | 0.10 | $400.00/hr | $40.00 |
| 09/10/2012 | LEV | Conference with M. Goldfarb, review file, review draft complaint, research federal lay down procedure and prepare list of items that the client will likely need to be able to produce as a part of initial disclosures. | 1.30 | $200.00/hr | $260.00 |

**Kelley Goldfarb Gill Huck & Roth, PLLC**
700 Fifth Avenue
Suite 6100
Seattle, WA 98104



**Ramgen Power Systems, LLC**
11808 Northup Way
Suite W190
Bellevue, WA 98005

| Invoice Date | Invoice Number |
|---|---|
| 10/16/2012 | 20480 |
| **Terms** | **Service Through** |
|  | 09/30/2012 |

| Date | By | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/11/2012 | LEV | Work on draft complaint per M. Goldfarb, email to same. | 0.30 | $200.00/hr | $60.00 |
| 09/11/2012 | MAG | Various email to D. Jewett re: status of filing of complaint and related issues. | 0.20 | $400.00/hr | $80.00 |
| 09/12/2012 | LEV | Conference with M. Goldfarb, prepare and phone call with D. Jewett re: document organization and anticipated production, obtain additional client comments on draft complaint. | 1.20 | $200.00/hr | $240.00 |
| 09/17/2012 | MAG | Work on amended complaint, conference and email L. Vane. | 0.60 | $400.00/hr | $240.00 |
| 09/18/2012 | MAG | Meet with Lauren Vane and review additional edits to draft complaint, discuss steps forward. | 0.50 | $400.00/hr | $200.00 |
| 09/19/2012 | LEV | Additional work on drafting complaint per conference with M. Goldfarb. | 0.60 | $200.00/hr | $120.00 |
| 09/24/2012 | MAG | Phone calls with D. Jewett, conference L. Vane re: status and finalizing complaint, acceptance of service issues. | 0.40 | $400.00/hr | $160.00 |
| 09/25/2012 | MAG | Review latest version of draft complaint with L. Vane, prepare additional edits to same, call with D. Jewett, conference L. Vane. | 0.90 | $400.00/hr | $360.00 |
| 09/25/2012 | LEV | Conference with M. Goldfarb, additional revisions to draft complaint, email re: same. | 0.60 | $200.00/hr | $120.00 |
| 09/25/2012 | CMH | Review and edit draft complaint. | 0.50 | $350.00/hr | $175.00 |
| 09/27/2012 | LEV | Additional work finalizing complaint, preparing summons/civil cover sheet for filing. | 0.50 | $200.00/hr | $100.00 |

**In Reference To: adv. Agilis (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 07/03/2012 | ALB | 7/3/12 FedEx Shipment No. 800764024606 re document shipment. | $68.07 |

| | |
|---|---|
| **Total Hours** | 42.20 hrs |

**Kelley Goldfarb Gill Huck & Roth, PLLC**
700 Fifth Avenue
Suite 6100
Seattle, WA 98104



**Ramgen Power Systems, LLC**
11808 Northup Way
Suite W190
Bellevue, WA 98005

| Invoice Date | Invoice Number |
|---|---|
| 10/16/2012 | 20480 |
| **Terms** | **Service Through** |
|  | 09/30/2012 |

| Total Service | $13,495.00 |
|---|---|
| Total Expenses | $68.07 |
| Total Invoice Amount | $13,563.07 |
| Previous Balance | $0.00 |
| Balance (Amount Due) | $13,563.07 |

**Kelley Goldfarb Gill Huck & Roth, PLLC**
700 Fifth Avenue
Suite 6100
Seattle, WA 98104



**Ramgen Power Systems, LLC**
11808 Northup Way
Suite W190
Bellevue, WA 98005

| Invoice Date | Invoice Number |
|---|---|
| 11/20/2012 | 20502 |
| **Terms** | **Service Through** |
|  | 10/31/2012 |

| In Reference To: adv. Agilis (Service) | | | | | |
|---|---|---|---|---|---|
| Date | By | Services | Hours | Rates | Amount |
| 10/05/2012 | LEV | Finalize complaint, summons, civil cover sheet. | 0.60 | $200.00/hr | $120.00 |
| 10/09/2012 | CMH | Review and finalize complaint for filing. | 0.50 | $350.00/hr | $175.00 |
| 10/09/2012 | LEV | Minor additional work on complaint and related filings, file complaint, various emails with M. Goldfarb on REDACTED and other procedural issues, various emails re: same. | 0.30 | $200.00/hr | $60.00 |
| 10/09/2012 | MAG | Review current version Ramgen complaint, email to L. Vane with additional comments. | 0.30 | $400.00/hr | $120.00 |
| 10/15/2012 | MAG | Conference L. Vane status and service details, email to opposing counsel D. Rosenbach enclosing Complaint and requesting acceptance of service. | 0.50 | $400.00/hr | $200.00 |
| 10/15/2012 | LEV | Conference with M. Goldfarb re: case status and service. | 0.30 | $200.00/hr | $60.00 |
| 10/16/2012 | LEV | Research corporate disclosure; draft corporate disclosure pleading, edit per C. Huck; file corporate disclosure statement; email with client re: same. | 0.80 | $200.00/hr | $160.00 |
| 10/16/2012 | MAG | Review email from opposing counsel, email exchange with D. Jewett, review corporate disclosure statement. | 0.30 | $400.00/hr | $120.00 |
| 10/19/2012 | MAG | Review status and email with L. Vane re: service of process. | 0.20 | $400.00/hr | $80.00 |
| 10/19/2012 | LEV | Various emails to A. Buck, M. Goldfarb re: service of process. | 0.20 | $200.00/hr | $40.00 |
| 10/22/2012 | LEV | Review email from opposing counsel re: acceptance of service; confer. w. M. Goldfarb re: same; research process service rules; service on opposing counsel; email to client re: same | 0.60 | $200.00/hr | $120.00 |
| 10/22/2012 | MAG | Review and forward email from opposing counsel re: acceptance of service, internal conference re: same. | 0.30 | $400.00/hr | $120.00 |
| 10/26/2012 | LEV | Various emails w. opposing counsel re: acceptance of service. | 0.20 | $200.00/hr | $40.00 |

**Kelley Goldfarb Gill Huck & Roth, PLLC**
700 Fifth Avenue
Suite 6100
Seattle, WA 98104



**Ramgen Power Systems, LLC**
11808 Northup Way
Suite W190
Bellevue, WA 98005

| Invoice Date | Invoice Number |
|---|---|
| 11/20/2012 | 20502 |
| **Terms** | **Service Through** |
| | 10/31/2012 |

| Date | By | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/29/2012 | MAG | Review email from opposing counsel concerning request to amend, internal conferences and email re: same, email to opposing counsel declining to amend. | 0.40 | $400.00/hr | $160.00 |
| 10/29/2012 | LEV | Various emails w. opposing counsel re: attaching contract to Complaint; email to client re: same. | 0.30 | $200.00/hr | $60.00 |
| 10/30/2012 | MAG | Email D. Jewett re: status | 0.10 | $400.00/hr | $40.00 |

| In Reference To: adv. Agilis (Expenses) | | | |
|---|---|---|---|
| Date | By | Expenses | Amount |
| 10/09/2012 | ALB | 10/9/12 USDC WDWA Pay.gov ID no. 2588GRFG re case opening filing fee. | $350.00 |
| 10/22/2012 | ALB | 10/22/12 FedEx Shipment No. 801128662340 re document shipment. | $25.58 |

| | |
|---|---|
| Total Hours | 5.90 hrs |
| Total Service | $1,675.00 |
| Total Expenses | $375.58 |
| Total Invoice Amount | $2,050.58 |
| Previous Balance | $13,563.07 |
| Balance (Amount Due) | $2,050.58 |

**Payment History:**

| Date | Type | Payment Description | Amount |
|---|---|---|---|
| 10/30/2012 | Payment - Check | | ($13,563.07) |

**Kelley Goldfarb Gill Huck & Roth, PLLC**
700 Fifth Avenue
Suite 6100
Seattle, WA 98104



**Ramgen Power Systems, LLC**
11808 Northup Way
Suite W190
Bellevue, WA 98005

| Invoice Date | Invoice Number |
|---|---|
| 12/14/2012 | 20519 |
| Terms | Service Through |
| | 11/30/2012 |

| In Reference To: adv. Agilis (Service) | | | | | |
|---|---|---|---|---|---|
| Date | By | Services | Hours | Rates | Amount |
| 11/02/2012 | MAG | Email to L. Vane with list of items to review in advance of client conference. | 0.30 | $400.00/hr | $120.00 |
| 11/06/2012 | MAG | Review request for extension from opposing counsel, conference C. Huck, conference with D. Jewett, email opposing counsel re: same. | 0.50 | $400.00/hr | $200.00 |
| 11/07/2012 | LEV | Review Notice of Appearance; Review Defendant's request for stipulation for extension of time to answer. | 0.20 | $200.00/hr | $40.00 |
| 11/07/2012 | MAG | Review and approve defendant's proposed stipulation for an extension of time to answer. | 0.20 | $400.00/hr | $80.00 |
| 11/08/2012 | MAG | Email exchange with D. Jewett re:         REDACTED         . | 0.10 | $400.00/hr | $40.00 |
| 11/13/2012 | LEV | Review Initial Disclosure and Joint Status Report order | 0.30 | $200.00/hr | $60.00 |
| 11/15/2012 | MAG | Review scheduling order and email to D. Jewett re: same, phone conference with D. Jewett re: same. | 0.40 | $400.00/hr | $160.00 |

| Total Hours | 2.00 hrs |
|---|---|
| Total Service | $700.00 |
| Total Invoice Amount | $700.00 |
| Previous Balance | $2,050.58 |
| Balance (Amount Due) | $2,750.58 |

**Kelley Goldfarb Gill Huck & Roth, PLLC**
700 Fifth Avenue
Suite 6100
Seattle, WA 98104



**Ramgen Power Systems, LLC**
11808 Northup Way
Suite W190
Bellevue, WA 98005

| Invoice Date | Invoice Number |
|---|---|
| 02/23/2013 | 20553 |
| **Terms** | **Service Through** |
|  | 01/31/2013 |

| In Reference To: adv. Agilis (Service) | | | | | |
|---|---|---|---|---|---|
| Date | By | Services | Hours | Rates | Amount |
| 12/03/2012 | CMH | Analyze Agilis' proposed form of stipulation regarding sealing documents; review documents Agilis proposes to seal. | 1.20 | $350.00/hr | $420.00 |
| 12/04/2012 | CMH | Prepare for and telephone conference with Agilis' counsel regarding proposed stipulation to seal; continue reviewing documents Agilis' proposes to seal. | 1.30 | $350.00/hr | $455.00 |
| 12/06/2012 | CMH | Analyze motion to dismiss, and research regarding same; telephone conference with Agilis' counsel regarding stipulation; prepare for Rule 26(f) conference and review documents regarding same. | 2.40 | $350.00/hr | $840.00 |
| 12/07/2012 | CMH | Continue analyzing motion to dismiss and research regarding same; review exhibits attached to motion to seal and referenced in motion to dismiss; continue preparation for Rule 26(f) conference. | 2.50 | $350.00/hr | $875.00 |
| 12/10/2012 | CMH | Prepare for and telephone conference with Agilis' counsel regarding Rule 26 (f) requirements, joint status report, and discovery plan; finalize extension stipulation; work on initial disclosures. | 3.00 | $350.00/hr | $1,050.00 |
| 12/11/2012 | CMH | Prepare for and telephone conference with Mr. Jewett and Ms. Nicolet regarding motion to dismiss, motion to seal, document production and discovery, and initial disclosures; work on joint status report and discovery plan. | 2.60 | $350.00/hr | $910.00 |
| 12/13/2012 | CMH | Draft initial disclosures and review documents regarding same. | 2.10 | $350.00/hr | $735.00 |
| 12/17/2012 | CMH | Work on initial disclosures, and review documents regarding potential witnesses. | 2.40 | $350.00/hr | $840.00 |
| 12/18/2012 | CMH | Continue working on intitial disclosures; draft joint status report and discovery plan; work on amended complaint and research regarding same. | 6.20 | $350.00/hr | $2,170.00 |
| 12/19/2012 | CMH | Continue working on amended complaint and research regarding same; revise joint status report. | 5.70 | $350.00/hr | $1,995.00 |

**Kelley Goldfarb Gill Huck & Roth, PLLC**
700 Fifth Avenue
Suite 6100
Seattle, WA 98104



**Ramgen Power Systems, LLC**
11808 Northup Way
Suite W190
Bellevue, WA 98005

| Invoice Date | Invoice Number |
|---|---|
| 02/23/2013 | 20553 |
| Terms | Service Through |
| | 01/31/2013 |

| Date | By | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/20/2012 | CMH | Revise joint status report; revise amended complaint. | 1.00 | $350.00/hr | $350.00 |
| 12/21/2012 | CMH | Edits to amended complaint and finalize same; edits to joint status report and discovery plan, and emails and telephone conference with Agilis' counsel regarding report. | 1.80 | $350.00/hr | $630.00 |
| 12/26/2012 | CMH | Telephone conference with Agilis' counsel regarding joint report; revise joint status report and discovery plan. | 0.60 | $350.00/hr | $210.00 |
| 12/27/2012 | CMH | Emails with Agilis' counsel regarding edits to joint status report and Agilis' request for an extension. | 0.40 | $350.00/hr | $140.00 |
| 12/28/2012 | CMH | Emails with Agilis' counsel regarding joint statuts report and finalize same; prepare stipulation for briefing schedule on new motion to dismiss. | 1.00 | $350.00/hr | $350.00 |
| 01/02/2013 | CMH | Edits to stipulation regarding briefing schedule on new motion to dismiss. | 0.20 | $350.00/hr | $70.00 |
| 01/14/2013 | CMH | Prepare for and call with client regarding document discovery. | 0.50 | $350.00/hr | $175.00 |
| 01/16/2013 | CMH | Research regarding application of UCC; draft letter to Agilis' counsel regarding document production. | 2.00 | $350.00/hr | $700.00 |
| 01/17/2013 | CMH | Continue research regarding application of UCC; telephone conference with Agilis' counsel regarding UCC claims, and email regarding same. | 1.20 | $350.00/hr | $420.00 |
| 01/28/2013 | CMH | Analzye new motion to dismiss and motion to seal. | 1.00 | $350.00/hr | $350.00 |
| 01/29/2013 | CMH | Review documents for production. | 0.50 | $350.00/hr | $175.00 |
| 01/30/2013 | CMH | Continue reviewing documents for production; work on protective order. | 1.00 | $350.00/hr | $350.00 |
| 01/31/2013 | CMH | Emails with Agilis' counsel regarding document production and protective order; continue reviewing documents. | 1.00 | $350.00/hr | $350.00 |

**In Reference To: adv. Agilis (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 01/03/2013 | ALB | 1/3/13 PACER Invoice no. KD2063-Q42012. | $16.30 |

**Kelley Goldfarb Gill Huck & Roth, PLLC**
700 Fifth Avenue
Suite 6100
Seattle, WA 98104



**Ramgen Power Systems, LLC**
11808 Northup Way
Suite W190
Bellevue, WA 98005

| Invoice Date | Invoice Number |
|---|---|
| 02/23/2013 | 20553 |
| **Terms** | **Service Through** |
|  | 01/31/2013 |

| Total Hours | 41.60 hrs |
|---|---|
| Total Service | $14,560.00 |
| Total Expenses | $16.30 |
| Total Invoice Amount | $14,576.30 |
| Previous Balance | $2,750.58 |
| Balance (Amount Due) | $15,276.30 |

**Payment History:**

| Date | Type | Payment Description | Amount |
|---|---|---|---|
| 12/31/2012 | Payment - Check |  | ($2,050.58) |

**Kelley Goldfarb Huck & Roth, PLLC**
700 Fifth Avenue
Suite 6100
Seattle, WA 98104



**Ramgen Power Systems, LLC**
11808 Northup Way
Suite W190
Bellevue, WA 98005

| Invoice Date | Invoice Number |
|---|---|
| 04/15/2013 | 20585 |
| **Terms** | **Service Through** |
|  | 03/31/2013 |

| In Reference To: adv. Agilis (Service) | | | | | |
|---|---|---|---|---|---|
| Date | By | Services | Hours | Rates | Amount |
| 01/22/2013 | KK | Conference with D. Nicolet regarding hard copy and electronic documents in preparation for informal production. | 1.40 | $150.00/hr | $210.00 |
| 01/29/2013 | KK | Conference with C. Huck regarding document production; follow up with D. Nicolet regarding   REDACTED  . | 0.20 | $150.00/hr | $30.00 |
| 01/31/2013 | KK | Prepare and bates number documents for production. | 1.50 | $150.00/hr | $225.00 |
| 02/04/2013 | CMH | REDACTED  ; review documents; work on protective order; telephone conference with Ms. Nicolet regarding sealing; work on stipulation regarding sealing documents. | 2.50 | $350.00/hr | $875.00 |
| 02/07/2013 | CMH | Emails and telephone conference with Ms. Nicolet regarding sealing; telephone conference with Agilis' counsel regarding sealing and insurance. | 1.00 | $350.00/hr | $350.00 |
| 02/08/2013 | CMH | Draft stipulation regarding redaction, motion to seal, and confidentiality. | 0.70 | $350.00/hr | $245.00 |
| 02/11/2013 | CMH | Emails with Agilis' counsel regarding stipulation, and finalize same. | 0.50 | $350.00/hr | $175.00 |
| 03/18/2013 | CMH | Telephone conference with Agilis' counsel regarding discovery and insurance; work on opposition to motion to dismiss; research regarding UCC and test for primary purpose. | 1.00 | $350.00/hr | $350.00 |
| 03/19/2013 | CMH | Work on opposition to motion to dismiss. | 0.50 | $350.00/hr | $175.00 |
| 03/20/2013 | CMH | Draft opposition to motion to dismiss, and research regarding same. | 6.50 | $350.00/hr | $2,275.00 |
| 03/21/2013 | CMH | Work on opposition to motion to dismiss, and research regarding same. | 7.40 | $350.00/hr | $2,590.00 |
| 03/22/2013 | CMH | Continue working on opposition to motion to dismiss. | 5.20 | $350.00/hr | $1,820.00 |
| 03/22/2013 | MAG | Prepare and meet with D. Jewett re: status of Agilis matter. | 0.70 | $400.00/hr | $280.00 |
| 03/25/2013 | CMH | Finalize opposition to motion to dismiss; analyze insurance policy, and emails with Agilis' counsel regarding documents and insurance. | 2.20 | $350.00/hr | $770.00 |

**Kelley Goldfarb Huck & Roth, PLLC**
700 Fifth Avenue
Suite 6100
Seattle, WA 98104



**Ramgen Power Systems, LLC**
11808 Northup Way
Suite W190
Bellevue, WA 98005

| Invoice Date | Invoice Number |
|---|---|
| 04/15/2013 | 20585 |
| **Terms** | **Service Through** |
|  | 03/31/2013 |

| | |
|---|---|
| Total Hours | 31.30 hrs |
| Total Service | $10,370.00 |
| Total Invoice Amount | $10,370.00 |
| Previous Balance | $15,276.30 |
| Balance (Amount Due) | $11,070.00 |

**Payment History:**

| Date | Type | Payment Description | Amount |
|---|---|---|---|
| 3/18/2013 | Payment - Check |  | ($14,576.30) |