# EXHIBIT C

# Electronic Articles of Incorporation
# For

AGILIS, INC.

P14000081720
FILED
October 03, 2014
Sec. Of State
sgilbert

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

AGILIS, INC.

## Article II

The principal place of business address:

3930 RCA BOULEVARD
SUITE 3000
PALM BEACH GARDENS, FL. US  33410

The mailing address of the corporation is:

3930 RCA BOULEVARD
SUITE 3000
PALM BEACH GARDENS, FL. US  33410

## Article III

The purpose for which this corporation is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The number of shares the corporation is authorized to issue is:

1,000,000

## Article V

The name and Florida street address of the registered agent is:

MICHAEL A LADD
746 MARITIME WAY
NORTH PALM BEACH, FL.  33410

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   MICHAEL A. LADD

P14000081720
FILED
October 03, 2014
Sec. Of State
sgilbert

## Article VI

The name and address of the incorporator is:

    MICHAEL A. LADD
    746 MARITIME WAY

    NORTH PALM BEACH, FL 33410

Electronic Signature of Incorporator:   MICHAEL A. LADD

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

        Title:   P, D
        FRANCIS  O'NEILL
        125 RIVER ROAD
        JUPITER, FL.   33458  US

        Title:   VP D
        MICHAEL A LADD
        746 MARITIME WAY
        NORTH PALM BEACH, FL.   33410  US

        Title:   D
        JOHN C BILLS SR.
        3920 RCA BOULEVARD, SUITE 2002
        PALM BEACH GARDENS, FL.   33410  US

## Article VIII

The effective date for this corporation shall be:

    10/01/2014