# EXHIBIT E

Case 2:12-cv-01762-MJP   Document 133-5   Filed 11/20/14   Page 2 of 3

Ramgen Power Systems, LLC    v.    Taxable Costs    Case No.: NO. 2:12-cv-01762-MJP
Agilis Engeneering, Inc.

| Date | Cost Description | Taxable Under 28 U.S.C. § | Amount |
|---|---|---|---|
| 10/09/12 | 10/9/12 USDC WDWA Pay.gov ID no. 2588GRFG re case opening filing fee. | 1920(1) | $350.00 |
| | Subtotal for costs taxable under section 1920(1): | | $350.00 |
| 09/19/14 | Debbie Zurn: Payment for Reporter's Transcript of Proceedings for 9/18/14 | 1920(2) | $1,064.80 |
| 10/03/14 | Debbie Zurn: Payment for Reporter's Transcript of Proceedings for 9/15-10/2 | 1920(2) | $3,356.30 |
| 04/11/14 | Seattle Deposition Reporters: Invoice No. 42235. Deposition of Frank C. Owen. | 1920(2) | $5,468.14 |
| 05/15/14 | Veritext Florida Reporting Co.: Invoice No. FLA2037208. Deposition of Paul Gardner, Part 1 of 2. | 1920(2) | $2,720.02 |
| 05/16/14 | Veritext Florida Reporting Co.: Invoice No. FLA2037670. Depositions of Madasamy Arockiasamy and Stephen Roth. | 1920(2) | $1,395.89 |
| 05/16/14 | Veritext Florida Reporting Co.: Invoice No. FLA2037191.Depositions of Brian Dunn, Joseph Joyce, Michael Ladd, Paul Coccia, and Paul Gardner, Part 2 of 2. | 1920(2) | $3,403.18 |
| 05/28/14 | Veritext Florida Reporting Co.: Invoice No. FLA2044958.Depositions of Anthony Hartzheim, Christopher Hill, Drew Ehlert and Edward Brooks. | 1920(2) | $3,142.40 |
| 05/29/14 | Seattle Deposition Reporters LLC: Invoice No. 42874.Depositions of Shawn Lawlor, Paul Brown, and Silvano Saretto. | 1920(2) | $854.30 |
| 05/29/14 | Seattle Deposition Reporters LLC: Invoice No. 42872.Depositions of Douglas Jewett and Bill Santan. | 1920(2) | $598.05 |
| 05/29/14 | Seattle Deposition Reporters LLC: Invoice No. 42850.Depositions of Steven Shen and Aaron Koopman. | 1920(2) | $963.95 |
| | Subtotal for costs taxable under section 1920(2): | | $22,967.03 |
| 04/29/14 | Inventus: Job No. SEA3549 re color printing of deposition exhibits. | 1920(3) | $143.09 |
| | Subtotal for costs taxable under section 1920(3): | | $143.09 |

Case 2:12-cv-01762-MJP   Document 133-5   Filed 11/20/14   Page 3 of 3

Ramgen Power Systems, LLC    v.    Taxable Costs    Case No.: NO. 2:12-cv-01762-MJP
Agilis Engeneering, Inc.

| Date | Cost Description | Taxable Under 28 U.S.C. § | Amount |
|---|---|---|---|
| 09/12/14 | Teris LLC: Invoice #SEA33994. Printing/copying trial exhibits/demonstratives. | 1920(4) | $1,168.43 |
| 09/15/14 | Teris LLC: Invoice #SEA34000. Printing/copying trial exhibits/demonstratives. | 1920(4) | $10,565.74 |
| 09/18/14 | Teris LLC: Invoice No. SEA34041. Printing/copying trial exhibits/demonstratives. | 1920(4) | $1,525.34 |
| 09/22/14 | Teris LLC: Invoice No. SEA34083. Printing/copying trial exhibits/demonstratives. | 1920(4) | $530.10 |
| 10/02/14 | 09/12/14 - Check No. 2915 re Prolumina trial tech support retainer ($5,000) plus 10/02/14 - Prolumina invoice #9190 ($11,200). For hosting electronic trial exhibits. | 1920(4) | $16,200.00 |
| 11/04/14 | Kelley Goldfarb: Internal copy costs (35,424 pages x $0.07/page) | 1920(4) | $2,488.71 |
| | Subtotal for costs taxable under section 1920(4): | | $32,478.32 |
| | **Total Taxable Costs Under 28 U.S.C. § 1920:** | | **$55,938.44** |