# EXHIBIT F

Ramgen Power Systems, LLC     v.                                    Case No.: NO. 2:12-cv-01762-MJP
Agilis Engeneering, Inc.

| Date | Cost Description | Amount |
|---|---|---|
| 07/03/12 | 7/3/12 FedEx Shipment No. 800764024606 re document shipment. | $68.07 |
| 10/22/12 | 10/22/12 FedEx Shipment No. 801128662340 re document shipment. | $25.58 |
| 01/03/13 | 1/3/13 PACER Invoice no. KD2063-Q42012. | $16.30 |
| 01/09/13 | Fred Meyer: re hard drive purchase for document production to counsel in Florida. | $76.64 |
| 04/04/13 | Public Access to Court Electronic Records: Invoice No. Q12013 for document retrieval. | $13.00 |
| 05/01/13 | 4/25/13 FedEx ID 799607761669 re document shipment to Aaron Koopman. | $16.71 |
| 08/09/13 | 08/09/13 ABC Legal - Inv No. 20717673 re: pick up of hard drive containing discovery for production. | $120.00 |
| 08/15/13 | FedEx: Invoice No. 796435217241 | $30.45 |
| 08/19/13 | FedEx: Invoice No. 7964769011778 | $30.45 |
| 10/08/13 | ABC Legal: Invoice No. 20730983 re pick up hard drive with client documents. | $60.00 |
| 11/08/13 | FedEx: Invoice No. 797119875345 re discovery production. | $29.06 |
| 11/14/13 | Cost for hard drive to produce documents and postage to send documents to opposing counsel | $60.09 |
| 12/10/13 | US Mail: re postage for discovery responses to opposing counsel. | $12.45 |
| 01/10/14 | FedEx: Invoice No. 797608740377 re discovery documents to Agilis counsel in Florida. | $47.38 |
| 01/16/14 | Fred Meyer: re hard drive for additional document production. | $76.64 |
| 01/17/14 | FedEx: Invoice No. 797668116327 re discovery documents to Agilis counsel in Florida. | $47.38 |
| 01/23/14 | Office Depot: Transaction No. 6176 re production hard drive | $76.64 |
| 02/14/14 | Zen Couriers: re service of Plaintiff's Second Set of Discovery Request. | $15.00 |
| 02/27/14 | Zen Couriers: re delivery of hard drive containing documents to review to expert. | $20.00 |
| 03/05/14 | Zen Couriers: re expert reports and document production to Peter Steilberg. | $37.50 |

Ramgen Power Systems, LLC     v.  
Agilis Engeneering, Inc.

Case No.: NO. 2:12-cv-01762-MJP

| Date | Cost Description | Amount |
|---|---|---|
| 03/17/14 | UPS Store: re postage for documents sent to Marshall Rosenbach in North Palm Beach, FL. | $11.78 |
| 03/17/14 | Zen Couriers: re documents to local counsel. | $22.50 |
| 03/19/14 | Zen Couriers: re third set of discovery requests to local counsel. | $22.50 |
| 03/25/14 | FedEx: Invoice No. 798335416550 re document production hard drive to counsel in North Palm Beach, FL. | $47.82 |
| 03/28/14 | Zen Couriers: re plaintiff's objections and responses to Agilis RFP and to permit inspection to local counsel. | $15.00 |
| 03/28/14 | Costco Wholesale: re hard drive for document production. | $98.54 |
| 03/31/14 | Public Access to Court Electronic Records re legal research (01/01/14-03/31/14). | $16.20 |
| 04/04/14 | Zen Couriers: re plaintiff's rebuttal expert reports to defendant's local counsel. | $22.50 |
| 04/30/14 | Attorney travel to Florida for depositions, including plane tickets, hotel, car rental, and meals during depositions. | $2,731.35 |
| 05/08/14 | Zen Couriers: re working copies of plaintiff's opposition to Defendants' motion for order extending discovery deadline to Judge Pechman. | $15.00 |
| 05/13/14 | Judicial Dispute Resolution, LLC. Invoice #9525 30715 (for mediation). | $1,712.50 |
| 06/17/14 | Zen Couriers: re plaintiff's disclosure of witnesses to Peter Steilberg. | $15.00 |
| 06/24/14 | Zen Couriers: re working copies of opposition to motion for summary judgment and motion to seal. | $15.00 |
| 06/30/14 | Public Access to Court Electronic Records: re legal research (04/01/14-06/30/14). | $29.90 |
| 07/10/14 | Zen Couriers: re working copies of opposition to motion for summary judgment to Judge Pechman. | $25.00 |
| 08/04/14 | Zen Couriers: re Plaintiff's Pretrial Statement to Peter Steilberg. | $37.50 |
| 08/05/14 | FedEx: Invoice No. 770768726732 re plaintiff's pretrial statement documents to Marshall Rosenbach. | $47.50 |
| 08/06/14 | Office Depot: Transaction No. 667275 re hard drives for pre-trial use. | $131.43 |
| 08/07/14 | FedEx: Invoice No. 770788496250 re hard drive containing Plaintiff's marked documents from pretrial statement to Marshall Rosenbach. | $47.50 |
| 08/12/14 | Zen Couriers: re working copies of Plaintiff's Motions in Limine to Judge Pechman. | $28.00 |

Ramgen Power Systems, LLC    v.  
Agilis Engeneering, Inc.

Case No.: NO. 2:12-cv-01762-MJP

| Date | Cost Description | Amount |
|---|---|---|
| 08/20/14 | Zen Couriers: re plaintiff's deposition designations to Peter Steilberg. | $37.50 |
| 08/20/14 | FedEx: Invoice No. 770892822634 re plaintiff's deposition designations to Marshall Rosenbach. | $30.54 |
| 08/21/14 | Zen Couriers: re plaintiff's objections to defendant's exhibits to Peter Steilberg. | $37.50 |
| 08/27/14 | Zen Couriers: re plaintiff's counter deposition designations and objections to Peter Steilberg. | $37.50 |
| 09/02/14 | Zen Couriers: working copies of filed filings to Judge Pechman | $22.50 |
| 09/04/14 | Zen Couriers: working copies of pre-trial filings to Judge Pechman | $22.50 |
| 09/19/14 | Zen Couriers: re court reporter payment to Debbie Zurn | $28.00 |
| 09/30/14 | Public Access to Court Electronic Records: re legal research (7/1/2014-9/3/2014) | $255.00 |
| | **Total Non-Taxable Costs:** | **$6,442.90** |